UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| STATE OF MISSOURI, ET AL., | ) | 4:24-cv-00937-JAR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | |
| XAVIER BECERRA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, Assistant Attorney General Clifton E. Katz, and respectfully moves this Court for an Order allowing him to withdraw as counsel for Plaintiff, State of South Dakota, in the above-captioned matter. The basis for the motion is that the movant has been assigned different duties within the Attorney General's Office. As indicated in a Notice of Appearance filed with this Court and dated February 10, 2025, Amanda J. Miiller, Assistant Attorney General, will hereinafter be appearing on behalf of the named Plaintiff, State of South Dakota.

Dated this 10th day of February, 2025.

     /s/ *Clifton E. Katz*
Clifton E. Katz
Assistant Attorney General
South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: clifton.katz@state.sd.us