IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF MISSOURI, et al.     PLAINTIFFS

v.     CASE NO. 4:24-CV-00937-JAR

ROBERT F. KENNEDY, Jr., in his official     DEFENDANTS
capacity as Secretary of the United
States Department of Health and Human
Services, et al.

## ENTRY OF APPEARANCE

Autumn Hamit Patterson hereby enters her appearance as counsel for Plaintiff State of Arkansas and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Date: November 18, 2025.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

AUTUMN HAMIT PATTERSON
  Arkansas Solicitor General

OFFICE OF THE ARKANSAS ATTORNEY
  GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-2007
Autumn.Patterson@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*