**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:24-CV-00937-JAR |
| vs. | ) | |
| | ) | |
| XAVIER BECERRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

In light of presidential executive orders issued since January 2025, the recission of Final Rule 1557 by the Secretary of the Department of Health and Human Services, 90 Fed. Reg. 20,394 (May 14, 2025), the Supreme Court's decision in *United States v. Skrmetti*, 605 U.S. 495 (2025), and the Eighth Circuit's subsequent decision in *Brandt v. Griffin*, 147 F.4th 867 (8th Cir. 2025),

**IT IS HEREBY ORDERED** that Plaintiffs are directed to show cause by **February 27, 2026**, why this case should not be dismissed as moot.

Dated this 11th day of February, 2026.

John A. Ross
JOHN A. ROSS,
UNITED STATES DISTRICT JUDGE